| | |
|---|---|
| 1 | EDWARD P. SANGSTER (SBN 121041) |
| | CLAUDIA QUIROZ (SBN 254419) |
| 2 | K&L GATES LLP |
| | 4 Embarcadero Center, Suite 1200 |
| 3 | San Francisco, California 94111 |
| | Telephone: 415.882.8043 |
| 4 | Facsimile: 415.882.8220 |
| | ed.sangster@klgates.com |
| 5 | claudia.quiroz@klgates.com |
| 6 | JOHN W. ROTUNNO (*PRO HAC VICE*) |
| | PAUL J. WALSEN (*PRO HAC VICE*) |
| 7 | JOSEPH C. WYLIE II (*PRO HAC VICE*) |
| | MOLLY K. MCGINLEY (*PRO HAC VICE*) |
| 8 | K&L GATES LLP |
| | 70 West Madison Street, Suite 3100 |
| 9 | Chicago, Illinois 60602 |
| | Telephone: 312.372.1121 |
| 10 | Fax: 312.345.9060 |
| | john.rotunno@klgates.com |
| 11 | paul.walsen@klgates.com |
| | joseph.wylie@klgates.com |
| 12 | molly.mcginley@klgates.com |

*Attorneys for Defendant*
*Artisan Partners Limited Partnership*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EDWIN L. RESO, for the use and benefit of THE ARTISAN INTERNATIONAL FUND, THE ARTISAN INTERNATIONAL VALUE FUND and THE ARTISAN MID CAP VALUE FUND,<br><br>Plaintiff,<br><br>vs.<br><br>ARTISAN PARTNERS LIMITED PARTNERSHIP,<br><br>Defendant. | Case No. 3:11-cv-03137-PJH<br><br>**STIPULATION TO TRANSFER VENUE; [PROPOSED] ORDER**<br><br>DATE: October 5, 2011<br>TIME: 9:30 am<br>Courtroom: 3<br>Hon. Phyllis J. Hamilton<br><br>Complaint Filed: June 24, 2011<br>Trial Date: Not Set |

1  WHEREAS, this Action was filed by Plaintiff Edwin L. Reso ("Reso") against Defendant Artisan Partners Limited Partnership ("APLP") in the United States District Court for the Northern District of California, San Francisco Division, on June 24, 2011;

WHEREAS, on August 22, 2011, this Action was reassigned to the Northern District of California, Oakland Division;

WHEREAS, this Action could have been filed in the United States District Court for the Eastern District of Wisconsin, Milwaukee Division, where APLP has its principal place of business;

WHEREAS, on August 30, 2011, APLP filed a Motion to Transfer Venue to the Eastern District of Wisconsin, together with its Memorandum of Points and Authorities and the Declaration of Sarah A. Johnson in support thereof; and

WHEREAS, counsel for Reso and APLP have met and conferred regarding the transfer of this Action to the United States District Court for the Eastern District of Wisconsin under 28 U.S.C. §1404;

NOW, THEREFORE, Reso and APLP, by and through their respective counsel, each hereby stipulates and agrees to the entry of an Order transferring this Action from the United States District Court for the Northern District of California, Oakland Division, to the United States District Court for the Eastern District of Wisconsin, Milwaukee Division, for the convenience of the parties and witnesses and in the interest of justice pursuant to 28 U.S.C. §1404(b), and Reso and APLP request that an Order be entered directing the Clerk of Court for the United States District Court for the Northern District of California to forward the filings in this Action to the Clerk of Court for the United States District Court for the Eastern District of Wisconsin; and

////
////
////
////
////
////

| | | |
|---|---|---|
| 1 | IT IS HEREBY FURTHER STIPULATED that Reso and APLP shall bear their own | |
| 2 | respective fees and costs relating to the transfer of venue to be effected pursuant hereto. | |
| 3 | | K&L GATES LLP |
| 4 | Dated: September 12, 2011 | By: */s/ Claudia A. Quiroz* |
| 5 | | Edward P. Sangster (SBN 121041) |
| | | Claudia A. Quiroz (SBN 254419) |
| 6 | | 4 Embarcadero Center, Suite 1200 |
| | | San Francisco, California 94111 |

1   IT IS HEREBY FURTHER STIPULATED that Reso and APLP shall bear their own
2   respective fees and costs relating to the transfer of venue to be effected pursuant hereto.

                                          K&L GATES LLP

Dated: September 12, 2011         By:   */s/ Claudia A. Quiroz*

                                        Edward P. Sangster (SBN 121041)
                                        Claudia A. Quiroz (SBN 254419)
                                        4 Embarcadero Center, Suite 1200
                                        San Francisco, California 94111

                                        John W. Rotunno (*PRO HAC VICE*)
                                        Paul J. Walsen (*PRO HAC VICE*)
                                        Joseph C. Wylie II (*PRO HAC VICE*)
                                        Molly K. McGinley (*PRO HAC VICE*)
                                        70 W. Madison Street, Suite 3100
                                        Chicago, IL 60602

                                        *Attorneys for Defendant APLP Limited Partnership*
                                        RICHARDSON, PATRICK, WESTBROOK
                                        & BRICKMAN, LLC

Dated: September 12, 2011         By:   */s/ James C. Bradley*

                                        RICHARDSON, PATRICK, WESTBROOK
                                        & BRICKMAN, LLC
                                        Michael Brickman
                                        Email: mbrickman@rpwb.como
                                        James C. Bradley
                                        Email: jbradley@rpwb.com
                                        Nina H. Fields
                                        nfields@rpwb.Com
                                        174 E. Bay Street
                                        Charleston, SC 29401

                                        KELLER ROHRBACK L.L.P.
                                        Lynn Lincoln Sarko
                                        Email: lsarko@kellerrohrback.com
                                        Michael D. Woerner
                                        Email: mwoerner@kellerrohrback.com
                                        Tana Lin
                                        Email: tlin@kellerrohrback.com
                                        1201 Third Avenue, Suite 3200
                                        Seattle, WA 98101
                                        Tel: 206.623.1900
                                        Fax: 206.623.3384

                                        Sharon T. Hritz (CA Bar No. 265105)
                                        Email: shritz@kellerrohrback.com
                                        1129 State Street, Suite 8
                                        Santa Barbara, CA 93101
                                        Tel: 805.456.1496
                                        Fax: 805.456.1497

| | |
|---|---|
| 1 | |
| 2 | JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP |
| 3 | Guy M. Burns, FBN 060901<br>Email: guyb@jpfirm.com |
| 4 | Jonathan S. Coleman, FBN 0797480<br>Email: jonathanc@jpfirm.com |
| 5 | Aleksas A. Barauskas, FBN 68175<br>Email: aleksasb@jpfirm.com |
| 6 | 403 E. Madison Street, Suite 400<br>Tampa, FL 33602 |
| 7 | Tel: 813.225.2500<br>Fax: 813.223.7118 |
| 8 | KENNER SCHMITT NYGAARD, LLC |
| 9 | Diane A. Nygaard<br>Email: diane@nygaardlaw.com |
| 10 | 117 West 20th Street, Suite 201<br>Kansas City, MO 64108 |
| 11 | Tel: 913.469.5544<br>Fax: 913.469.1561 |
| 12 | *Attorneys for Plaintiff Edwin L. Reso* |

### ECF ATTESTATION

I, Claudia A. Quiroz, attest that concurrence in e-filing this **STIPULATION TO TRANSFER VENUE; [PROPOSED] ORDER** has been obtained from signatory James C. Bradley, in compliance with General Order 45, X.B.

K&L GATES LLP

Dated: September 12, 2011     By:     */s/ Claudia A. Quiroz*
                                      Claudia A. Quiroz

Case No. 3:11-cv-03137-PJH
STIPULATION TO TRANSFER VENUE; [PROPOSED] ORDER

Case 2:11-cv-00873-JRS Filed 09/13/11 Page 4 of 50 PageID 43

# [PROPOSED] ORDER

The Court, having reviewed and considered the stipulated transfer of this Action, does hereby Order that this Action be transferred from the United States District Court for the Northern District of California, Oakland Division, to the United States District Court for the Eastern District of Wisconsin, Milwaukee Division, with each party bearing its own costs and fees relating to the transfer. The Court further Orders the Clerk for the United States District Court for the Northern District of California to forward all filings in this Action to the Clerk for the United States District Court for the Eastern District of Wisconsin.

**IT IS SO ORDERED.**

Dated: __September 13_____, 2011.



Case No. 3:11-cv-03137-PJH
STIPULATION TO TRANSFER VENUE; [PROPOSED] ORDER

Case 2:11-cv-00873-JPS Filed 09/13/11 Page 5 of 5 Document 43