Timothy S. Trecek (SBN 1021161)
Habush Habush & Rottier SC®
777 E. Wisconsin Avenue
Suite 2300
Milwaukee, WI 53202
Phone: 414-271-0900
Fax: 414-271-6854
ttrecek@habush.com

Lynn Lincoln Sarko (SBN 1010823)
Michael D. Woerner (SBN WA/15452)
Tana Lin (SBN WA/35271)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel:  (206) 623-1900
Fax:  (206) 623-3384
lsarko@kellerrohrback.com
mwoerner@kellerrohrback.com
tlin@kellerrohrback.com

*Attorneys for Plaintiff*
[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| EDWIN L. RESO, for the use and benefit of THE ARTISAN INTERNATIONAL FUND, THE ARTISAN INTERNATIONAL VALUE FUND, and THE ARTISAN MID CAP VALUE FUND,<br><br>Plaintiff,<br><br>v.<br><br>ARTISAN PARTNERS LIMITED PARTNERSHIP,<br><br>Defendant. | Case No. 2:11-cv-00873-JPS<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Federal Rule of Evidence 201(b), Plaintiff Edwin L. Russo ("Plaintiff") respectfully requests that this Court take judicial notice of each of the following documents attached as exhibits hereto. For the reasons set forth below, the Court should take judicial notice of the documents under Rule 201 and supporting case law.

1.      Excerpts from true and correct copies of the California Public Employees' Retirement System annual reports for the years 2001-2006 ("CalPERS Reports"), attached hereto as Exhibit A.  The full reports are available at http://www.calpers.ca.gov/index.jsp?bc=/ investments/reports/home.xml.

2.      A true and correct copy of the Complaint filed in *Amron v. Morgan Stanley Investment Advisors Inc.*, No. 03-5896, 2003 WL 25659496 (S.D.N.Y. Aug. 6, 2003), attached hereto as Exhibit B.

3.      A true and correct copy of the Complaint filed in *Yampolsky v. Morgan Stanley Investment Advisors Inc.*, No. 03-5710 (S.D.N.Y. July 31, 2003), attached hereto as Exhibit C.

4.      A true and correct copy of the Second Consolidated Complaint filed in *In re Salomon Smith Barney Mut. Fund Fees Litig.*, No. 04-4055 (S.D.N.Y. Oct. 16, 2006), attached hereto as Exhibit D.

5.      A true and correct copy of the Consolidated Amended Class Action Complaint filed in *Hoffman v. UBS-AG*, No. 05-6817, 2006 U.S. Dist. Ct. Pleadings LEXIS 18204 (S.D.N.Y. May 3, 2006), attached hereto as Exhibit E.

6.      A true and correct copy of the First Amended Complaint filed in *Krantz v. Prudential Invs. Fund Mgmt. LLC*, No. 98-3722, (D.N.J. Dec. 11, 1998), attached hereto as Exhibit F.

7.      A true and correct copy of the Second Amended Complaint filed in  *Migdal v. Rowe Rice-Fleming Int'l, Inc.*, No. 98-2162 (D. Md. Feb. 16, 1999), attached hereto as Exhibit G.

8.      A true and correct copy of the Consolidated Amended Class Action Complaint filed in *In re Scudder Mutual Funds Fee Litig.*, No. 04-01921 (S.D.N.Y. Dec. 20, 2005), attached hereto as Exhibit H.

9.      A true and correct copy of the Second Amended Derivative Consolidated Complaint filed in *In re Franklin Mutual Funds Fee Litig.*, No. 04-982 (D.N.J. Mar. 10, 2006), attached hereto as Exhibit I.

10.     A true and correct copy of the Third Derivative Consolidated Amended Complaint filed in *Boyce v. AIM Mgmt. Group, Inc.*, No. 04-2587 (S.D. Tex. Dec. 7, 2006), attached hereto as Exhibit J.

## I.    ARGUMENT

Under Federal Rule of Evidence 201, a court may take judicial notice of a fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201. Each of the submitted exhibits meets this standard and should therefore be judicially noticed.

District courts may take judicial notice of matters of public record on a 12(b)(6) motion. *Dixon v. Ladish Co., Inc.*, 785 F. Supp. 2d 746, 756 (E.D. Wis. 2011) (citing *Anderson v. Simon*, 217 F.3d 472, 474–75 (7th Cir.2000)). The CalPERS Reports are publicly filed documents subject to judicial notice. Further, Defendant references the 2002 CalPERS Report in its Motion to Dismiss and asks this Court to take judicial notice of it. *See* Def.'s Mot. 19 n.13; Def.'s App. Ex. J. If this Court takes judicial notice of the 2002 CalPERS annual report, this Court should also take judicial notice of the 2001 to 2006 reports.

Courts may take judicial notice of publicly filed court documents. *Henson v. CSC Credit Services*, 29 F.3d 280, 284 (7th Cir. 1994). Accordingly, each of the complaints attached hereto are proper subjects of judicial notice, and their accuracy cannot reasonably be questioned.

## II.   CONCLUSION

Based on the foregoing, Plaintiff respectfully requests that the Court consider the above-referenced documents in conjunction with his concurrently filed Opposition to Defendant's Motion to Dismiss.


DATED:  October 19, 2011                    KELLER ROHRBACK L.L.P.


By ___s/ Tana Lin_____
Lynn Lincoln Sarko (SBN 1010823)
Michael D. Woerner (SBN WA/15452)
Tana Lin (SBN WA/35271)
Attorneys for Plaintiffs
Keller Rohrback, PLC
1201 3rd Avenue, Suite 3200
Seattle, WA  98101
Phone: 206-623-1900
Fax: 206-623-3384
lsarko@kellerrohrback.com
mwoerner@kellerrohrback.com
tlin@kellerrohrback.com

James C. Bradley (SBN SC/16611)
Michael J. Brickman (SBN SC/000874)
Nina H. Fields (SBN SC/68294)
Attorneys for Plaintiffs
Richardson, Patrick, Westbrook & Brickman, LLC
1017 Chuck Dawley Blvd. (29464)
Post Office Box 1007
Mount Pleasant, SC  29465
Phone: 843-727-6500
Fax: 843-881-6183
jbradley@rpwb.com
mbrickman@rpwb.com
nfields@rpwb.com

Guy M. Burns (admission pending)
Jonathan S. Coleman (admission pending)
Attorneys for Plaintiffs
Johnson, Pope, Bokor, Ruppel & Burns, LLP
403 East Madison Street, Suite 400

Tampa, Florida 33602
Phone: 813-225-2500
Fax: 813-223-7118
guyb@jpfirm.com
jonathanc@jpfirm.com

Diane A Nygaard (admission pending)
Attorney for Plaintiffs
Kenner Schmitt Nygaard, LLC
117 West 20th Street, Suite 201
Kansas City, MO  64108
Phone: 816-531-3100
Fax: 816-531-3600
diane@nygaardlaw.com

Timothy S. Trecek (SBN 1021161)
Attorney for Plaintiffs
Habush Habush & Rottier SC
777 E. Wisconsin Avenue, Suite 2300
Milwaukee, Wisconsin 53202
Phone: 414-271-0900
Fax: 414-271-6854
ttrecek@habush.com