UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| EDWIN L. RESO, for the use and benefit of THE ARTISAN INTERNATIONAL FUND, THE ARTISAN INTERNATIONAL VALUE FUND and THE ARTISAN MID CAP VALUE FUND, <br><br>　　　　　　Plaintiff, <br><br>　vs. <br><br>ARTISAN PARTNERS LIMITED PARTNERSHIP, <br><br>　　　　　　Defendant. | Case No. 2:11-cv-00873-JPS |

## MOTION FOR SUMMARY JUDGMENT

Defendant Artisan Partners Limited Partnership ("APLP"), by its undersigned counsel, respectfully moves the Court pursuant to Rule 56 of the Federal Rules of Civil Procedure and General Local Rule 56 of the United States District Court for the Eastern District of Wisconsin for summary judgment in favor of APLP and against Plaintiff Edwin L. Reso ("Plaintiff") because there are no genuine issues as to any material fact and defendant is entitled to judgment as a matter of law.

In support of its Motion, APLP states as follows: This motion is supported by APLP's Statement of Undisputed Facts, its Memorandum in Support of Defendant's Motion for Summary Judgment, and the Affidavits of Christopher H. Gygax, Janet D. Olsen, Jennifer M. Salmon, Jessica A. Schmitt, and Joseph C. Wylie II, which are submitted herewith.

Dated: July 16, 2012  Respectfully submitted,

ARTISAN PARTNERS LIMITED PARTNERSHIP

By: /s/ John W. Rotunno
John W. Rotunno (SBN IL/02405342)
john.rotunno@klgates.com
Paul J. Walsen (SBN IL/6226318)
paul.walsen@klgates.com
Joseph C. Wylie II (SBN IL/6270852)
joseph.wylie@klgates.com
Molly K. McGinley (SBN IL/6285809)
molly.mcginley@klgates.com
K&L GATES LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602
Telephone: 312.807.4244
Facsimile: 312.827.1278

Daniel E. Conley (SBN/1009443)
daniel.conley@quarles.com
Joseph O. Wilson (SBN/1052468)
joe.wilson@quarles.com
QUARLES & BRADY LLP
411 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414.277.5609
Facsimile: 414.978.8609

***Attorneys for Defendant Artisan Partners Limited Partnership***

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 16, 2012, he caused the foregoing to be served automatically via CM/ECF on the following counsel of record:

| | |
|---|---|
| James C. Bradley (SBN SC/16611)<br>jbradley@rpwb.com<br>Michael J. Brickman (SBN SC/000874)<br>mbrickman@rpwb.com<br>Nina H. Fields (SBN SC/68294)<br>nfields@rpwb.com<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>1017 Chuck Dawley Blvd. (29464)<br>Post Office Box 1007<br>Mount Pleasant, South Carolina 29465<br>Phone: 843-727-6500<br>Fax: 843-881-6183 | Guy M. Burns (SBN FL/0160901)<br>guyb@jpfirm.com<br>Jonathan S. Coleman (SBN FL/0797480)<br>jonathanc@jpfirm.com<br>Johnson, Pope, Bokor, Ruppel & Burns LLP<br>403 East Madison Street, Suite 400<br>Tampa, Florida 33602<br>Phone: 813-225-2500<br>Fax: 813-223-7118 |
| Timothy S. Trecek (SBN 1021161)<br>ttrecek@habush.com<br>Habush Habush & Rottier SC<br>777 E. Wisconsin Avenue, Suite 2300<br>Milwaukee, Wisconsin 53202<br>Phone: 414-271-0900<br>Fax: 414-271-6854 | Diane A Nygaard (admission pending)<br>diane@nygaardlaw.com<br>Kenner Schmitt Nygaard, LLC<br>117 West 20th Street, Suite 201<br>Kansas City, Missouri 64108<br>Phone: 816-531-3100<br>Fax: 816-531-3600 |
| Michael D. Woerner (SBN WA/15452)<br>mwoerner@kellerrohrback.com<br>Tana Lin (SBN WA/35271)<br>tlin@kellerrohrback.com<br>Lynn Lincoln Sarko (SBN 1010823)<br>lsarko@kellerrohrback.com<br>Laura R. Gerber (admission pending)<br>lgerber@kellerrohrback.com<br>Keller Rohrback, PLC<br>1201 3rd Avenue, Suite 3200<br>Seattle, Washington 98101<br>Phone: 206-623-1900<br>Fax: 206-623-3384 | |

/s/ John W. Rotunno