# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

| | | |
|---|---|---|
| EDWIN L. RESO, for the use and benefit of THE ARTISAN INTERNATIONAL FUND, THE ARTISAN INTERNATIONAL VALUE FUND and THE ARTISAN MID CAP VALUE FUND, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:11-cv-00873-JPS |
| vs. | ) ) | |
| ARTISAN PARTNERS LIMITED PARTNERSHIP, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Edwin L. Reso, and Defendant, Artisan Partners Limited Partnership, by their respective counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action should be, and hereby is, dismissed with prejudice and without costs awarded by the Court to any party.

Artisan Partners Limited Partnership,
Defendant

Dated: August 13, 2012

By:  /s/ John W. Rotunno
John W. Rotunno (SBN IL/02405342)
john.rotunno@klgates.com
Stephen J. O'Neil (SBN IL/03127564)
stephen.oneil@klgates.com
Paul J. Walsen (SBN IL/6226318)
paul.walsen@klgates.com
Joseph C. Wylie II (SBN IL/6270852)
joseph.wylie@klgates.com
Molly K. McGinley (SBN IL/6285809)
molly.mcginley@klgates.com
K&L GATES LLP
70 West Madison Street, Suite 3100

Chicago, IL 60602
Telephone: 312.807.4244
Facsimile: 312.827.1278

Daniel E. Conley (SBN/1009443)
daniel.conley@quarles.com
Joseph O. Wilson (SBN/1052468)
joe.wilson@quarles.com
QUARLES & BRADY LLP
411 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414.277.5609
Facsimile: 414.978.8609

*Attorneys for Defendant Artisan Partners*
*Limited Partnership*

Edwin L. Reso, Plaintiff

Dated:  August 13, 2012

By:  /s/ James C. Bradley
James C. Bradley
jbradley@rpwb.com
Michael Brickman
mbrickman@rpwb.com
Nina H. Fields
nfields@rpwb.Com
RICHARDSON, PATRICK, WESTBROOK
& BRICKMAN, LLC
174 E. Bay Street
Charleston, SC  29401

Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Michael D. Woerner
mwoerner@kellerrohrback.com
Tana Lin
tlin@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Tel: 206.623.1900
Fax:  206.623.3384

Guy M. Burns, FBN 060901
guyb@jpfirm.com
Jonathan S. Coleman, FBN 0797480
jonathanc@jpfirm.com
Aleksas A. Barauskas, FBN 68175
aleksasb@jpfirm.com
JOHNSON, POPE, BOKOR, RUPPEL &
BURNS, LLP
403 E. Madison Street, Suite 400
Tampa, FL  33602
Tel: 813.225.2500
Fax: 813.223.7118

Diane A. Nygaard
diane@nygaardlaw.com
KENNER SCHMITT NYGAARD, LLC
117 West 20th Street, Suite 201
Kansas City, MO  64108
Tel: 913.469.5544
Fax: 913.469.1561

Timothy S. Trecek (SBN 1021161)
ttrecek@habush.com
HABUSH HABUSH & ROTTIER SC
777 E. Wisconsin Avenue, Suite 2300
Milwaukee, Wisconsin 53202
Phone: 414-271-0900
Fax: 414-271-6854

*Attorneys for Plaintiff Edwin L. Reso*