# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EDWIN L. RESO, for the use and benefit of THE ARTISAN INTERNATIONAL FUND, THE ARTISAN INTERNATIONAL VALUE FUND, and THE ARTISAN MID CAP VALUE FUND,<br><br>  Plaintiffs,<br>v.<br><br>ARTISAN PARTNERS LIMITED PARTNERSHIP,<br><br>  Defendant. | Case No. 11-CV-873-JPS<br><br><br><br>**ORDER** |

Pursuant to the stipulation of the parties, filed August 13, 2012, (Docket #105), the Court will dismiss this action with prejudice and without costs awarded to any party. Accordingly,

**IT IS ORDERED** that, pursuant to the stipulation of the parties (Docket #105), this matter be and the same is hereby **DISMISSED with prejudice and without costs awarded to any party**.

The clerk of court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 23rd day of August, 2012.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge