# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EDWIN L. RESO, for the use and benefit of THE ARTISAN INTERNATIONAL FUND, THE ARTISAN INTERNATIONAL VALUE FUND, and THE ARTISAN MID CAP VALUE FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>ARTISAN PARTNERS LIMITED PARTNERSHIP,<br><br>    Defendant. | Case No. 11-CV-873-JPS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the stipulation of the parties (Docket #105), this matter be and the same is hereby **DISMISSED with prejudice and without costs awarded to any party**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

JON W. SANFILIPPO
Clerk of Court

August 23, 2012              s/N. Trinidad-Scholle
Date                                    By: Deputy Clerk